UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                  :

      - v -                             :        NOTICE OF INTENT TO
                                                FILE AN INFORMATION

ULISES PLACENCIA,                          :
    a/k/a "Ulysses,"

              Defendant.             :        07 CRIM 353

                               :

- - - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         November 20, 2006

                                              MICHAEL J. GARCIA
                                              United States Attorney

                         By:     _____
                               Joshua Klein
                               Assistant United States Attorney

                               AGREED AND CONSENTED TO:

                       By:     _____
                               Jerry Tritz, Esq.
                               Attorney for ULISES PLACENCIA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,               :

    - v -                               :       NOTICE OF INTENT TO
                                                FILE AN INFORMATION
ULISES PLACENCIA,                       :
    a/k/a "Ulysses,"
                                        :
                Defendant.
                                        :

- - - - - - - - - - - - - - - - - x

*JUDGE CASTEL* [stamp]

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
        November 20, 2006

                          MICHAEL J. GARCIA
                          United States Attorney


By:   _____
     Joshua Klein
     Assistant United States Attorney


     AGREED AND CONSENTED TO:

By:   _____
     Jerry Tritz, Esq.
     Attorney for ULISES PLACENCIA