*Court Exhibit #1 id*
*4/26/07*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

ULISES PLACENCIA,

        Defendant.

- - - - - - - - - - - - - - - - x

**JUDGE CASTEL**

07 Cr.

**07 CRIM. 353**

    The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
      April 26. 2007

USDC SDNY
DOCUMENT
ELECTRONIC...
DOC...
APR 2  2007

0202