Original

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - -X<br><br>UNITED STATES OF AMERICA      :<br><br>      - v. -                       :<br><br>ULISES PLACENCIA,              :<br> a/k/a "Ulysses,"<br>                          :<br>                 Defendant.<br>                          :<br>- - - - - - - - - - - - - - - - - - -x | 07 CRIM 353<br><br>INFORMATION<br><br>07 Cr. <s>06</s><br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: APR 26 2007 |

JUDGE CASTEL

COUNT ONE

The United States Attorney charges:

1.   From in or about 1999 to in or about June 2006, in the Southern District of New York and elsewhere, ULISES PLACENCIA, a/k/a "Ulysses," the defendant, and others known and unknown, unlawfully, willfully, and knowingly, did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, in violation of Title 18, United States Code, Section 371.

2.   It was a part and an object of the conspiracy that ULISES PLACENCIA, a/k/a "Ulysses," the defendant, and others known and unknown, unlawfully, willfully, and knowingly would and did infringe copyrights for purposes of commercial advantage and private financial gain and by the reproduction and distribution, including by electronic means, during a 180-day period, of ten and more copies and phonorecords, of one and more copyrighted works, which would and did have a total retail value of more than $2,500, in violation of Title 17, United States Code, Section

506(a)(1)(A), and Title 18, United States Code, Section 2319(b)(1).

## Overt Acts

3.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

   a.  On or about September 9, 2004, ULISES PLACENCIA, a/k/a "Ulysses," the defendant, informed a cooperating witness, purportedly interested in filming a copyright motion picture without authorization, that a particular movie studio did not check people for video recording equipment.

   b.  From in or about 1999 through in or about June 2006, the defendant regularly sold tickets to movie screenings, located in New York, New York, and elsewhere, to co-conspirators for the purpose of enabling these co-conspirators to film copyrighted motion pictures, without authorization, and to then distribute counterfeit copies of those motion pictures.

(Title 18, United States Code, Section 371.)

*Michael Garcia* (signature)
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

-v-

ULISES PLACENCIA, a/k/a "Ulysses"

## INFORMATION

MICHAEL J. GARCIA
United States Attorney.

18 U.S.C. § 371

April 26, 2007 - Information filed. The defendant Ulises Placencia and his attorney Jonathan Paul Bach are present. AUSA Michael Levy is present. Court Reporter Joanne Mancari is present. See transcript. The defendant waives indictment. The defendant pleads not guilty. The Court schedules a pretrial conference for June 26, 2007 at 10:00 a.m. Time is excluded. Bail is continued.

Castel J.