UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :
                                :
        - v. -                  :           ORDER
                                :
ULISES PLACENCIA,               :           07 Cr. 353 (PKC)
                                :
                Defendant.      :
                                :
- - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/07

UNITED STATES DISTRICT JUDGE

    WHEREAS the Government, with the consent of the defendant, has requested an adjournment of the conference scheduled for June 26, 2007;

    WHEREAS the delay between now and an adjourned conference furthers the interests of justice because it will permit the Government to evaluate the defendant's deferred prosecution request;

    WHEREAS the Government, with the consent of the defendant, requests that the time between the date of this order and the date of the adjourned conference be excluded from the Speedy Trial Act in the interests of justice;

    WHEREAS it is found that an exclusion of time under the Act best serves the ends of justice and outweighs the interest of the public and the defendant in a speedy trial;

IT IS HEREBY ORDERED that the upcoming conference in this case is adjourned until July 30, 2007 at 9:45 a.m.; and it is furthermore

ORDERED that the time between the signing of this Order and the conference date is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

SO ORDERED.

P. Kevin Castel, U.S.D.J.
June 26 2007